IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOSHUA WILSON                                              §
                                                           §
                                                           §
VS.                                                        §          CIVIL ACTION NO.
                                                           §          4:26-00218-O
                                                           §
                                                           §
SLYDES CARWASH LLC                                         §

## NOTICE OF  APPEARANCE AS LOCAL COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

       Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby

enters appearance in these proceedings as counsel of record for Plaintiff Joshua Smith requests that

all papers, pleadings, notices, orders and other related documents be served upon the undersigned

along with other counsel of record.


                                          Respectfully submitted,



                                          */s/ Sharon K Campbell*
                                          Sharon K. Campbell
                                          State Bar # 03717600
                                          3300 Oak Lawn Ave., Suite 425
                                          Dallas, Texas 75219
                                          Telephone: 214/351-3260
                                          Fax: 214/748-7778
                                          Sharon@SharonKCampbell.com

[PAGE LEFT BLANK INTENTIONALLY]

NOTICE OF APPEARANCE