# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JOSHUA WILSON, on behalf of himself and all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **SLYDES CARWASH LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 4:26-cv-00218-O <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Kevin McIntyre, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 16, 2026, at 4:23 pm. I delivered these documents to Slydes Carwash LLC in Denton County, TX on March 18, 2026 at 2:19 pm at Slydes Car Wash, 2801 Flower Mound Rd, Flower Mound, TX 75022-4820 by leaving the following documents with Mohammad Fawaz who as Registered Agent is authorized by appointment or by law to receive service of process for Slydes Carwash LLC.

Summons in a Civil Action
CLASS ACTION COMPLAINT
NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
NOTICE OF APPEARANCE AS LOCAL COUNSEL
CIVIL COVER SHEET
Judges' Copy Requirements for Electronic Filing

Additional Description:
I drove up to the Car Wash. I got out of my truck and went inside. I asked one of the workers if Mohammad Fawaz was here. The worker said no, he is at another location. I asked the worker if he would call to get him over at this location. The worker did it. Then the worker gave me Fawaz phone number. The worker said he wants to talk to you. So I called him. I asked him to come to this location so I may give him the documents. He kept on giving me the runaround about the time it would have taken him to get to this location. I told

another time.  He showed up at 2:00 pm.  I asked him his name, he said Mohammad Fawaz.  I told him who I was and why I was there.  I handed him his documents.
Race: Middle Eastern, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.0144,-97.0735083333
Photograph: See Exhibit 1


Total Cost: $191.50

My name is Kevin McIntyre, I am 18 years of age or older, and my address is 3620 Riesling Drive, Argyle, TX 76226, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


/s/ *Kevin McIntyre*

Executed in

___Denton County_____,

___TX_____ on ___3/18/2026_____.

Kevin McIntyre
+1 (214) 500-8465
Certification Number: PSC-22616
Expiration Date: 5/31/2027



Exhibit 1a)

Mar 18, 2026 at 2:03:54 PM
2801 Flower Mound Rd
Flower Mound TX 75022
United States

