# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JOSHUA WILSON
_____
Plaintiff

v.

SLydes Carwash LLC
_____
Defendant

4:26-CV-00218-O
_____
Case Number

MAY 7 2026 AM 9:20
FILED-USDC-NDTX-FW
Mw

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

I have contacted several local attorneys to represent me in this case and have received no communication from any attorney.

Date: 5/7/2026

Signature: _____

Print Name: Moe Fawaz

Address: 2401 Justin RD.

City, State, Zip: Flower Mound, TX 75028

Telephone: (972) 804-3220



May 7, 2026

United States District Court
For the Northern District of Texas

Re: Joshua Wilson v. Slydes Carwash LLC
          Case 4:26:cv-00218-0

Motion for the Appointment of Counsel

To Whom It May Concern,

This letter is to confirm that I have the ability to pay costs and fees in conjunction with the motion for the Court to appoint counsel for me in the above referenced case.

Sincerely,

*Moe Fawaz*

Moe Fawaz
Owner
Slyde's Carwash LLC

Slyde's Car Wash - 2401 Justin Road - Flower Mound, TX 75028