**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **JOSHUA WILSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SLYDES CARWASH LLC**,<br><br>Defendant. | No. 4:26-CV-00218-O |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT**

Before the Court is Plaintiff Joshua Wilson's Motion for Clarification of Order Requiring Scheduling Conference and Report. Having considered the Motion, the Court finds that it should be GRANTED.

Defendant Slydes Carwash LLC is hereby DIRECTED to obtain licensed counsel to represent it in this action within fourteen (14) days of the entry of this Order.

The September 7, 2026 deadline to conduct the scheduling conference and the September 21, 2026 deadline to submit the Joint Report, as set forth in the Court's August 24, 2026 Order Requiring Scheduling Conference and Report for Contents of Scheduling Order (ECF No. 9), are STAYED pending the appearance of licensed counsel on behalf of Defendant.

The parties shall conduct the scheduling conference required by the Court's August 24, 2026 Order within fourteen (14) days after licensed counsel enters an appearance on behalf of Defendant and shall submit their Joint Report within fourteen (14) days thereafter.

SO ORDERED on this ___ day of _________, 2026.

_________________________________
HON. JUDGE REED O'CONNOR
UNITED STATES DISTRICT JUDGE