**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **JOSHUA WILSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SLYDES CARWASH LLC**,<br><br>Defendant. | No. 4:26-CV-00218-O |

**CERTIFICATE OF SERVICE**

I, Alicia Mendoza, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the county of Cook, and not a party to the within action. My business address is 980 N. Michigan Avenue, Suite 1610, Chicago, IL 60611.

On September 2, 2026, I served Plaintiff's Motion for Clarification of Order Requiring Scheduling Conference and Report and proposed Order Granting Plaintiff's Motion for Clarification of Order Requiring Scheduling Conference and Report on the Defendant Slydes Carwash LLC in said action via U.S. mail:

**Slydes Carwash LLC**
2401 Justin Rd.
Flower Mound, TX 75028

DATED this 2nd day of September, 2026.

**STRAUSS BORRELLI PLLC**

By*: /s/ Alicia Mendoza*

Alicia Mendoza
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
amendoza@straussborrelli.com