SEP 8 2026 PM12:47
FILED-USDC-NDTX-FW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

**CIVIL ACTION No. 4:26-CV-00218O**

JOSSUA WILSON - PLAINTIFF

SLYDES CAR WASH LLC – DEFENDANT

JOINT REPORT

(1) A brief statement of the claims and defenses;

We work through 3rd Parties to coordinate and marketing of wash services including Google, META, Rinsed and OptSpot. We rely on their expertise and set up to coordinate the transaction any and all actions.

(2) A proposed time limit to file motions for leave to join other parties;

We will abide as Your Honor deems most appropriate.

(3) A proposed time limit to amend the pleadings;

We will abide as Your Honor deems most appropriate.

(4) Proposed time limits to file various types of motions including dispositive motions (Note: The dispositive motion deadline cannot be less than 90 days before trial; the Court prefers 120 days);

We will abide as Your Honor deems most appropriate

(5) A proposed time limit for initial designation of experts;

We will abide as Your Honor deems most appropriate

(6) A proposed time limit for responsive designation of experts;

We will abide as Your Honor deems most appropriate.

(7) A proposed time limit for objection to experts (i.e., Daubert and similar motions);

We will abide as Your Honor deems most appropriate.

(8) A proposed plan and schedule for discovery, a statement of the subjects on which discovery may be needed, a time limit to complete factual discovery and expert discovery, and a statement of whether discovery should be conducted in phases or limited to of focused upon particular issues

We will abide as Your Honor deems most appropriate.

(9) What changes should be made in the limitations on discovery imposed under these rules or by local rule and what other limitations should be imposed;

We will abide as Your Honor deems most appropriate.

(10) Proposed means for disclosure or discovery of electronically stored information ("ESI") and a statement of any disputes regarding the disclosure or discovery of ESI;

We will abide as Your Honor deems most appropriate.

(11) Any proposals regarding the handling and protection of privileged or trial preparation material that should be reflected in a Court Order

We will abide as Your Honor deems most appropriate.

(12) A proposed trial date, estimated number of days required for trial and whether a jury has been demanded: (NOTE) Generally, the proposed trial date should be approximately one year after the date of the initial complaint was filed

We will abide as Your Honor deems most appropriate.

(13) A proposed date for further settlement negotiations;

N/A

(14) Objections to Fed. R, Civ. P. 26(a)(1) asserted at the Scheduling Conference and other proposed modifications to the timing, form or requirement for disclosures under Rule 26a, including a statement as to when disclosures under Rule 26(a) (1) we made or will be made;

N/A

(15) Whether the parties will consent to trial (jury or non-jury) before U. S. Magistrate Judge (if all parties consent. Please submit the attached form);

We will abide as Your Honor deems most appropriate.

(16) Weather the parties are considering mediation or arbitration to resolve this litigation and a statement of when it would be most effective (e.g., before discovery after limited discover, after motions are filed, etc.) and if mediation is proposed the name of any mediator the parties jointly recommend to mediate the case;

N/A

(17) Any other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly preparation for trial;

N/A

(18) Weather a conference call with the court is desired; and

We will abide as Your Honor deems most appropriate.

(19) Any other matters relevant to the status and disposition of the case including any Orders that should be entered by the Court R 16 (b) and (c) and 26 (c)

We will abide as Your Honor deems most appropriate.

Joseph Halboth
Chief Administrative Officer
Slyders Car Wash
2401 Justin Rd
Flower Mound, TX 75028

[signature]