**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00218-O** |
| | § | |
| **SLYDES CARWASH LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On September 9, 2026, the Court granted Defendant thirty days to find counsel and file an Answer to Plaintiff's Complaint (ECF No. 12). In accordance with Defendant's failure to do so, and in exercise of its inherent authority to manage its docket "with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Court **ORDERS** Plaintiff to file a motion for default judgment under Federal Rule of Civil Procedure 55 against Slydes Carwash LLC **no later than November 3, 2026.** If necessary, and pursuant to Federal Rule of Civil Procedure 41(b), the Court will dismiss the Complaint without prejudice if no such motion is filed.

**SO ORDERED** this **27th day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE