**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JOSHUA WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLYDES CARWASH LLC,<br><br>Defendant. | No. 4:26-cv-00218-O<br><br>Honorable Chief District Judge Reed O'Connor |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF**
**DEFAULT AGAINST DEFENDANT SLYDES CARWASH LLC**

Plaintiff Joshua Wilson ("Plaintiff") moves for entry of default against Defendant Slydes Carwash LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.3. Defendant has failed to plead or otherwise defend this action despite proper service, actual notice, and an extension of time granted by the Court.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added). Further, a limited liability company may appear in federal court only through licensed counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); ECF No. 12 at 1.

In support thereof, Plaintiff states as follows:

1. Here, Plaintiff filed his Class Action Complaint on February 25, 2026. ECF No. 1. The Clerk issued a summons to Defendant on February 27, 2026. ECF No. 4.

2. As set forth in the accompanying Declaration, Defendant was personally served with the Summons and Complaint on March 18, 2026, at 2:19 p.m., through its registered agent, Mohammad Fawaz, at 2801 Flower Mound Road, Flower Mound, Texas 75022. *See* Declaration of Cassandra P. Miller ("Miller Decl."), ¶ 2; *see also* Exhibit A. The affidavit of service was filed the same day. ECF No. 6. Defendant's answer or other responsive pleading was therefore due on April 8, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3. On March 30, 2026, Defendant emailed Plaintiff's counsel acknowledging receipt of the Complaint. Miller Decl., ¶ 3; *see also* Exhibit B.

4. On April 7, 2026, Plaintiff's counsel emailed Defendant to advise that no appearance or responsive pleading had been filed, and that Plaintiff would move for entry of default unless an appearance and responsive pleading were filed immediately. Miller Decl., ¶ 4. On April 8, 2026, Defendant replied by email and attached a letter from its owner, Moe Fawaz, addressing the merits of Plaintiff's claims. Miller Decl., ¶ 5. No appearance or responsive pleading was filed with the Court. *Id.*

5. On May 1, 2026, Plaintiff's counsel advised Defendant in writing of three things. First, as a business entity, Defendant could not appear pro se and could appear only through licensed counsel. Second, any response submitted directly by the company was not a valid responsive pleading. Third, Plaintiff would proceed with seeking entry of default absent an appearance by counsel. Miller Decl., ¶ 6. Defendant replied that the email had been forwarded to its owners. *Id.*

6. Instead of appearing through counsel, Defendant filed a Motion for Appointment of Counsel (ECF No. 7) and, through Mr. Fawaz, a Request for Extension (ECF No. 8). Miller Decl., ¶ 7. On September 2, 2026, the Court denied the motion for appointment of counsel and held that Mr. Fawaz may not represent Defendant pro se. The Court granted Defendant until October 2, 2026, to obtain counsel and file an Answer. ECF No. 12 at 1–2. The Court cautioned that Defendant's failure to answer would give Plaintiff grounds to move for default judgment. *Id.* at 2. On September 8, 2026, Defendant's Chief Administrative Officer, Joseph Halboth, who is not an attorney, filed a document styled as a "Joint Report." ECF No. 13. That document is not an answer or other responsive pleading and, like Defendant's prior filings, was not filed through licensed counsel.

7. The October 2, 2026, deadline has passed. No counsel has appeared on Defendant's behalf, and Defendant has not filed an Answer or any other responsive pleading. Miller Decl., ¶ 8.

8. On October 27, 2026, the Court ordered Plaintiff to move for default judgment under Rule 55 no later than November 3, 2026. ECF No. 14. Plaintiff now seeks the Clerk's entry of default under Rule 55(a), the first step in obtaining a default judgment under Rule 55(b). Plaintiff is also contemporaneously seeking leave to conduct limited discovery necessary to establish the scope of the putative Class and the damages sought. Accordingly, Plaintiff respectfully requests that the Court permit Plaintiff to pursue class certification and the necessary damages discovery before requiring a motion for default judgment.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Slydes Carwash LLC pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil

Rule 55.3. Plaintiff submits a proposed entry of default with this Motion.

RESPECTFULLY SUBMITTED this 3rd day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on November 3, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system and will send a copy to all parties and/or their counsel of record at the addresses below.

via First Class & Certified Mail:
Slydes Carwash LLC
c/o Registered Agent Mohammad Fawaz
2801 Flower Mound Road
Flower Mound, TX 75022

Slydes Carwash LLC
2401 Justin Rd.
Flower Mound, TX 75028

via Electronic Mail:
slydesbusinessmanager@gmail.com

RESPECTFULLY SUBMITTED this 3rd day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com