**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JOSHUA WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLYDES CARWASH LLC,<br><br>Defendant. | No. 4:26-cv-00218-O<br><br>Honorable Chief District Judge Reed O'Connor |

**DECLARATION OF CASSANDRA P. MILLER IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Cassandra P. Miller, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and Local Civil Rule 55.3 as follows:

1. I am counsel for Plaintiff Joshua Wilson in this action. I have personal knowledge of the facts set forth in this declaration based on my involvement in this litigation, my communications with Defendant, and my review of the relevant correspondence and docket filings. If called as a witness, I could and would testify competently to those facts.

2. According to the affidavit of service, on March 18, 2026, at 2:19 p.m., Defendant Slydes Carwash LLC was personally served with the Summons and Complaint through its registered agent, Mohammad Fawaz, at 2801 Flower Mound Road, Flower Mound, Texas 75022. A true and correct copy of the affidavit of service is attached as **Exhibit A**. The affidavit of service was filed on March 18, 2026. ECF No. 6.

3. On March 30, 2026, Defendant emailed myself and my co-counsel Anthony Paronich, acknowledging receipt of the Class Action Complaint. The email came from an account identified as "Slyde's Business Manager" (slydesbusinessmanager@gmail.com). A true and

correct copy of the email correspondence between Plaintiff's counsel and Defendant from March 30, 2026, through May 1, 2026, is attached as **Exhibit B**. Defendant also filed this correspondence as an exhibit to its Request for Extension. ECF No. 8 at 3–6.

4. On April 7, 2026, Carly Roman, from my office, emailed Defendant, copying me. She advised that no appearance or responsive pleading had been filed, and that Plaintiff would move for entry of default unless an appearance and responsive pleading were filed immediately. *See* Exhibit B.

5. On April 8, 2026, Defendant replied by email and attached a letter signed by its owner, Moe Fawaz, addressing the merits of Plaintiff's claims. *Id.*; *see also* ECF No. 8 at 2. No appearance by counsel or responsive pleading was filed with the Court.

6. On May 1, 2026, Ms. Roman emailed Defendant again, copying me. She advised that, as a as a limited liability company, Defendant could not appear pro se and could appear only through licensed counsel. She also advised that any response submitted directly by the company was not a valid responsive pleading, and that Plaintiff would proceed with seeking entry of default absent an appearance by counsel. *See* Exhibit B. Defendant replied the same day that the email had been forwarded to its owners for response. *Id.*

7. Defendant thereafter filed a Motion for Appointment of Counsel (ECF No. 7) and, through Mr. Fawaz, a Request for Extension (ECF No. 8). On September 2, 2026, the Court denied the motion for appointment of counsel and granted Defendant until October 2, 2026, to obtain counsel and file an Answer. ECF No. 12. On September 8, 2026, Defendant's Chief Administrative Officer, Joseph Halboth, who is not an attorney, filed a document styled as a "Joint Report." ECF No. 13. That document is not an answer or other responsive pleading and, like Defendant's prior filings, was not filed through licensed counsel.

8. As of November 3, 2026, no licensed counsel has appeared on Defendant's behalf, and Defendant has not filed an answer or other responsive pleading, despite acknowledging receipt of the Complaint and the Court's extension of its deadline to October 2, 2026.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

RESPECTFULLY SUBMITTED this 3rd day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com

# CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on November 3, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system and will send a copy to all parties and/or their counsel of record at the addresses below.

via First Class & Certified Mail:
Slydes Carwash LLC
c/o Registered Agent Mohammad Fawaz
2801 Flower Mound Road
Flower Mound, TX 75022

Slydes Carwash LLC
2401 Justin Rd.
Flower Mound, TX 75028

via Electronic Mail:
slydesbusinessmanager@gmail.com

RESPECTFULLY SUBMITTED this 3rd day of November, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com