# — EXHIBIT B —

**From:** Slyde''s Business Manager
**To:** anthony@paronichlaw.com; Sam Strauss; Cassandra Miller
**Subject:** Joshua Wilson v Slydes Carwash LLC
**Date:** Monday, March 30, 2026 10:42:48 AM

---

Good morning,

We acknowledge receipt of the referenced Class Action Complaint and are currently working to identify the plaintiff, Joshua Wilson.

To proceed and ensure an accurate and timely response, we kindly request that you provide the full phone number associated with the plaintiff. This information is necessary for us to properly review and address the matter.

We appreciate your prompt attention to this request and look forward to your response.

Regards,

Business Manager
Slyde's Car Wash