**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON,** on behalf of himself and all others similarly situated, | § § § | **CIV. A. NO 4:26-cv-00218-O** |
| ***Plaintiff*** | § § | |
| **v.** | § § | |
| **SLYDES CARWASH LLC** | § § | |
| ***Defendant*** | § § | |

# NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Jennifer M. Rynell of Wilson Whitaker Rynell hereby appears as counsel of record for Defendant Slydes Carwash LLC, in the above-styled case. The undersigned requests service of all pleadings and other documents affecting this action.

**DATED**: November 20, 2026. Respectfully submitted,

By: */s/ Jennifer M. Rynell*

John T. Wilson
State Bar No. 24008284
Jennifer M. Rynell
State Bar No. 24033025
Leigh Caudle Whitaker
State Bar No. 24094260
Kayla B. Holderman
State Bar No. 24137963
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972.248.8080
(F) 972.248.8088
(E) eservice@wwrlegal.com
**Attorneys for Defendant Slydes Carwash LLC**

## CERTIFICATE OF SERVICE

On November 20, 2026, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jennifer M. Rynell*
Jennifer M. Rynell