**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON, individually and on behalf of all others similarly situated,** | § | **CIV. A. NO. 4:26-cv-00218-O** |
| ***Plaintiff,*** | § | |
| **v.** | § | |
| **SLYDES CARWASH LLC,** | § | |
| ***Defendant.*** | § | |

---

**JOINT STIPULATION AND ORDER FOR TWO-WEEK EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**

---

Plaintiff Joshua Wilson ("Plaintiff") and Defendant Slydes Carwash LLC ("Defendant") stipulate to allow Defendant an to file an answer or otherwise respond in this case as follows:

On November 3, 2026, Plaintiff filed a Motion for Clerk's Entry of Default Against Defendant Slydes Carwash LLC [ECF No. 15].

In light of Defendant's recent engagement of the attorneys of Wilson Whitaker Rynell, the parties have agreed to allow Defendant two weeks to file an answer or otherwise respond in this matter. The parties stipulate that Defendant's deadline to file an answer or otherwise respond shall be December 7, 2026.

The parties further stipulate that Plaintiff withdraws his Motion for Clerk's Entry of Default Against Defendant and is not seeking a default judgment against Defendant at this time.

The Parties respectfully request the Court approve this Joint Stipulation and enter the following order:

**IT IS ORDERED** that Plaintiff withdraws his Motion for Clerk's Entry of Default Against

Defendant Slydes Carwash LLC.

**IT IS ORDERED** that Defendant is granted a two-week extension to file an answer or otherwise respond in this case before the entry of any default judgment against Defendant. Defendant shall file an answer or otherwise respond no later than December 7, 2026.

DATED: November 20, 2026. Respectfully submitted,

By: */s/ Jennifer M. Rynell*
John T. Wilson
State Bar No. 24008284
Jennifer M. Rynell
State Bar No. 24033025
Leigh Caudle Whitaker
State Bar No. 24094260
Kayla B. Holderman
State Bar No. 24137963
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972.248.8080
(F) 972.248.8088
(E) eservice@wwrlegal.com
**ATTORNEYS FOR DEFENDANT**

By: */s/ Anthony Paronich with permission*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com
**ATTORNEY FOR PLAINTIFF**

SO ORDERED on ________________________.

________________________________________
UNITED STATES DISTRICT JUDGE