**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JOSHUA WILSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00218-O** |
| | § | |
| **SLYDES CARWASH LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On November 20, 2026, Parties filed a Joint Stipulation and Order for Two-Week Extension for Defendant to Answer or Otherwise Respond (ECF No. 18). The Court, having reviewed the Motion and noting it is joint, **GRANTS** the Motion. Accordingly, Plaintiff's Motion for Clarification of Order (ECF No. 10) and Motion for Clerk's Entry of Default (ECF No. 15) are denied as **MOOT**. Defendant shall file an answer or otherwise respond no later than **December 7, 2026**.

**SO ORDERED** this **24th day** of **November, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE